IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 1:20-CR-59

BOBBY EARL BROWNLEE
JAMIE LOGAN
STEVEN POSLEY

## ORDER

On September 27, 2021, Bobby Earl Brownlee, Jamie Logan, and Steven Posley, all of whom are represented by the same counsel, each submitted by e-mail to chambers "Defendant's Motion to Seal Court Records Pursuant to Local Rule 49.1 and Local Court Rule 79." The Court subsequently informed counsel for these defendants that because the motions were both ambiguous and procedurally deficient, the Court did not intend to take any action on them but would consider proper motions. Accordingly, the defendants were instructed to advise the Court if they wished the Court to address the motions as submitted or if they preferred to withdraw them. Brownlee, Logan, and Posley then each filed a "Motion to Be Allowed to Withdraw Defendant's Motion to Seal Records Pursuant to Local Uniform Criminal Rules of the United States District Courts." Docs. #427, #428, #429. Because the motions the defendants seek to withdraw were never filed on the docket,[1] the motions to withdraw them are unnecessary.[2] Accordingly, the motions to withdraw [427][428][429] are **STRICKEN** from the record.

**SO ORDERED**, this 14th day of February, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court will take no action on the unfiled motions to seal.

[2] For any future filings, the defendants' attorneys are advised to review the Court's Local Rules and the Administrative Procedures for Electronic Case Filing.